UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERRY JAMES DICKERSON, JR., | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-4578 |
| | § | |
| COMISSIONER OF SOCIAL SECURITY, | § § § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are Plaintiff Jerry James Dickerson, Jr. and Defendant Commissioner of Social Security's cross motions for summary judgment regarding Plaintiff's petition for review of the denial of his request for disability and disability insurance benefits under Title II of the Social Security Act. (Doc. No. 1, 8, 10). On December 9, 2019, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R & R") in this case, recommending that the motions by granted in part and denied in part. (Doc. No. 13). Objections were due by December 23, 2019; no objections have been filed.

The Court agrees with the conclusions, and the reasoning, of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R and remands this case in accordance with the instructions laid out therein.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 12th day of February, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE